UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA GONZALEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>GOLDEN 1 CREDIT UNION,<br><br>    Defendant. | No. 2:21-cv-02394-DAD-DB<br><br>ORDER ENTERING JUDGMENT AGAINST DEFENDANT PURSUANT TO NOTICE OF ACCEPTED RULE 68 OFFER<br><br>(Doc. No. 49) |

  On August 2, 2024, defendant filed a notice of plaintiff's acceptance of defendant's Federal Rule of Civil Procedure 68 offer of judgment. (Doc. No. 49.) Therein, plaintiff accepts defendant's offer pursuant to Rule 68 that judgment be entered in her favor in the amount of $125,000.00. (*Id.* at 2.)

  Under Federal Rule of Civil Procedure 68(a), a defendant may serve an offer to allow judgment on specified terms to the opposing party at least two weeks before trial. Fed. R. Civ. P. 68(a). Any acceptance by the opposing party of the offer must be made through written notice. *Id.* Thereafter, "either party may then file the offer and notice of acceptance, plus proof of service." *Id.*

/////

/////

1

Here, defendant served plaintiff with a Rule 68 offer of judgment in the amount of $125,000.00, inclusive of all costs of suit and attorneys' fees. (*See* Doc. No. 49 at 1–2.) Plaintiff subsequently accepted the offer in writing. (*Id.* at 2.)

Accordingly,

1. The Clerk of the Court is directed to enter judgment in favor of plaintiff and against defendant Golden 1 Credit Union in the amount of $125,000.00, inclusive of fees and costs (Doc. No. 49); and

2. Plaintiff shall file dispositional documents within fourteen (14) days of plaintiff's counsel's receipt of defendant's payment of the settlement amount.

IT IS SO ORDERED.

Dated:  **August 5, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE